UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| v. | : | VIOLATION: |
| SHERON SPANN, | : | 18 U.S.C. § 208(a) |
| | : | (Acts Affecting a Personal Financial Interest) |
| Defendant. | : | |

## INFORMATION

The United States Attorney for the District of Columbia charges that:

From on or about August 17, 2011, to on or about March 23, 2023, in the District of Columbia, Defendant,

**Sheron Spann**

being an employee of the executive branch of the United States Government, knowingly and willfully participated personally and substantially as a Government employee, through decision, approval, and recommendation, in a contract, in which Defendant's spouse had a financial interest. (In violation of Title 18, United States Code, Section 208(a) (Acts Affecting a Personal Financial Interest)

Respectfully submitted,

*[signature]*

MATTHEW M. GRAVES
United States Attorney
D.C. Bar #481052

Dated: 4/4/2023