# ATTACHMENT A

September 7, 2023

The Honorable Royce C. Lamberth
United States District Court Judge
U.S. District Court for the District of Columbia
333 Constitution Ave., NW
Washington, D.C 20001

Judge Royce Lamberth

I am Athelia Hagins, a retiree with 30 years of service with the Department of Defense. I am currently working part time as the Office Manager at my church to keep myself active while earning a little extra money. I also volunteer as a board member of a small organization that serves the community that my church is located in by providing housing and other outreach services. For over 50 years I have been the proud mother of my one and only child, Sheron Spann, then I eventually became the mother-in-law to her husband, Thomas Spann, and grandmother to my two beautiful granddaughters, Nya-Simone and Kendall Spann. For much of my life I have been known for my skill at sewing, but in more recent years I have enjoyed sewing for the homeless during the Christmas season, making warm hats and scarves for them. For years I encouraged Sheron to sew but I did not succeed with that – now she and my granddaughters buy clothes for me to develop into what they really want the garments to look like, a family tie that we all enjoy.

One of my life's greatest blessings was watching Sheron grow up to be such a caring, responsible person in the home, church, school, and community. Although I considered her to be a normal child, like getting in trouble many times about tidying up her room, she seemed different in that she wanted to do what she saw as adult things like help with household expenses after getting her first job in high school.

Sheron has always been willing to share whatever she had if someone needed it. As a child there were times she would come inside from playing without her sweater, hat, or gloves, and when I asked her what happened to it, she would respond that someone did not have one and since she had more than one she gave hers away.

She was always concerned about preparing herself for the future and I wanted her to participate in meaningful activities to help with this. Although she did not want to go to the meetings on Saturday mornings, she grew to love being a Girl Scout which proved to be a milestone in her life - providing many opportunities to travel and participate in learning experiences such as volunteering as a Congressional Aid on Capitol Hill, marching in inaugural parades, selling cookies, and attending summer camps in various states. She worked hard to earn an undergraduate and master's degree. Sheron also worked to help support herself in college and after graduating she met and married a wonderful hard working young man. They were both brought up in church and participated in many church and community activities. Sheron is always there to support whatever activities her daughters are a part of (like basketball, volleyball, and assisting with her daughter's jewelry company), and she made sure the girls had the same spiritual foundation she experienced growing up. As she and Thomas continue to guide their girls to become responsible adults, they are also becoming more involved in caring for their parents, particularly Sheron's father who is living with dementia, and Thomas' care for his father after suffering a stroke and eventually passing away from COVID.

Out of all the teaching, training, activities, and sacrifices made to give Sheron a wholesome life/foundation, she made a huge professional mistake and has admitted on many occasions how remorseful she is about it.  This has been a very heavy burden for her as she takes responsibility for her mistake.  She expresses how difficult it is to know that she hurt and disappointed me because of all the sacrifices that her family has made for her to succeed.  Although I hurt daily with her, I believe that Sheron is still a very good person who has made a tremendous mistake that she has learned from and, as a result, has grown to another level of care and self-responsibility in her life.  I truly believe if given a chance, she will use her mistake to encourage others to think very seriously about the far-reaching impact your decisions/choices can have on others, your career, your life, and the lives of your family, friends, and colleagues.

Lastly, I am asking for leniency in her case.  I sincerely hope that this letter helps the court understand that my daughter has learned from her mistake, that she deserves forgiveness as she works to forgive herself, and that she has the continued support of her loving family, friends, church, and community.

Respectfully,


Athelia P. Hagins

*"God First in These Affairs"*

## First Baptist Church

**712 Randolph Street, N.W. at New Hampshire Avenue**
**Washington, D.C. 20011-5999**

**REVEREND DONALD ROBINSON**
*Interim Pastor*

**REVEREND DR. FRANK D. TUCKER**
*Pastor Emeritus*

**DEACONESS BARBARA W. MICKENS**
*Church Clerk*

**CHURCH OFFICE**
*(202) 541-5000*

**E-MAIL**
*info@fbcwdc.org*

**WEBSITE**
*www.fbcwdc.org*

September 7, 2023

The Honorable Royce C. Lamberth
United States District Court Judge
U.S. District Court for the District of Columbia
333 Constitution Ave., NW
Washington, D.C 20001

To the Honorable Royce C. Lamberth:

As the Pastor Emeritus of First Baptist Church in Washington DC, I would like to extend this letter of support for Sheron Spann, a defendant that is scheduled to appear before the court for sentencing on September 21, 2023, and request leniency in her sentencing. Prior to my recent retirement, I served as the Senior Pastor at First Baptist Church for 46 years, and the Pastor at Jones Memorial Baptist Church in Philadelphia, PA for 10 years. I have also served in leadership roles for numerous local faith and community organizations such as the Inter-faith Council of Greater Washington, and the Mayor's Faith Advisory Council. In addition, I have served on the foreign mission board of the National Baptist Convention USA, Inc. and lead a fact-finding mission addressing HIV/AIDS in South Africa, Swaziland, Malawi, and Lesotho. I am currently learning to live a life of leisure, and focusing on my health and well-being while discovering how I will remain active in the church I spent so many years shepherding, and exploring my passion for addressing community health disparities which is a paramount issue plaguing our community.

I have had the pleasure of serving as a spiritual leader for Ms. Spann since she and her husband Thomas came to me for pre-marital counseling in 1996. Soon after their marriage, she left the church she attended during her formative years to join our church where she has since been a faithful member in good standing. I can personally attest to her spiritual growth over the years and that she has been active in a number of ministries and organizations within our church. She began serving as a Deaconess just before becoming a mother, and although she often told me she preferred to work in the background, I was able to convince her to serve as Co-Superintendent of Church School. She is presently our Director of Christian Education, and is a part of the leadership team for the committee that is seeking a permanent Pastor for our church.

When Sheron and Thomas came to me for prayer and spiritual counseling in the aftermath of the matter she is now facing, she offered to resign from the ministries and organizations she was working with so as not to be a distraction - at least until she knew the outcome. However, I immediately and with full certainty refused to accept having seen and felt her remorse and wholeheartedly believing that we serve a forgiving God. She made a mistake that is extremely impactful but based on conversations that we have had and the commitment she brings, I believe she is a person of good moral character, and most certainly a woman that can still love and serve humanity and offer God's love and teachings to her family, friends, and her community.

It is without reservation and with complete confidence that I provide this character letter of support for Sheron and ask for leniency in her sentencing, as I have known her to be a sincere, dependable, and trustworthy member of our faith community who has made an error in judgement but still has so much to offer. As a part of her church family, we will continue to pray for and support her as she looks to God for her continuous service for the good of mankind.

Feel free to contact me if I can provide any other information concerning Ms. Spann's character. Thank you for your time and consideration.

Sincerely Yours in Christ,

Reverend Dr. Frank D. Tucker
Pastor Emeritus
First Baptist Church

September 7, 2023

The Honorable Royce C. Lamberth
United States District Court Judge
U.S. District Court for the District of Columbia
333 Constitution Ave., NW
Washington, D.C 20001

Judge Royce Lamberth,

My name is Judy Spann, Sheron Spann's mother-in-law. I am retired and currently pursuing studies in integrated health. I also co-chair my church's health ministry that provides members with relevant health information, and the Outreach Ministry which provides clothes and toiletries to women's and men's shelters, and clothes, toiletries, and bed linens for a men's transition home.  During the COVID crisis, I work with a faith-based DC-wide community health program that provided testing, vaccines, food, and mobile testing sites that screened for breast cancer, high blood pressure, diabetes, kidney disease, and cholesterol. We also held job fairs and gave weight loss information and dental exams.

My daughter-in-law is a devoted wife to my son and mother of two great daughters, my only grandchildren.  She set a great example before them to be upstanding women, to set goals in life and follow through on those goals.  They are both successfully pursuing college degrees and working toward their chosen careers. Sheron needs to continue to be there for her husband as they continue to build a life together, her daughters as they transition to becoming young independent women, and support her family, especially her elderly mother who lives alone here in Washington, DC and her father who lives in Cincinnati, OH.  I ask that the court be considerate and lenient in her sentencing.

I met Sheron in 1996 when she and my son decided to get married.  I was glad my son chose a warm, very pleasant, respectful, intelligent woman of integrity who had been raised with good wholesome values.  Within a short period of time after their marriage, as was expected, Sheron left her home church and began to worship with my son at our family church which coincidentally was the church her paternal grandmother attended and raised her younger aunts in.  She was baptized and quickly began to earnestly work in various ministries and organizations in her new church home.

Sheron possesses a strong feeling of love and care for family and friends. A few examples include when her mother's sister, a very close and cherished aunt, was battling cancer, Sheron asked me and her mother to help my son with their young daughters so that she could occasionally traveled back and forth to South Carolina to give comfort and support to her aunt. Her aunt lost her battle with cancer and our family, led by Sheron, went to South Carolina to be with her mother's side of the family. Also, I remember how she stayed by her mother's side when her stepfather took sick and passed away, Sheron was with her mother during the entire process. Currently, Sheron has undertaken the care of her father, which

entails intermittent travel to his house in Indiana and to her brother's house where her father now lives in Ohio.  She monitors his care while she and her brother determine how best to care for him as his dementia progresses, and she has authoritative control over his health and all his other affairs.

Sheron is beloved by friends and all sides of her family.  She is invited to all kinds of gatherings, hangs out with her cousins, takes short girls' trips, has simple lunch and dinner dates with her husband, friends, and even her cousins that are like best friends, and so on.  We love and enjoy her sense of humor, constant smile, and good conversation.

I feel that Sheron regrets what she did, has learned from her mistakes, and is responsible for her actions.  I truly hope this letter helps you understand why I ask that she be given leniency in her sentencing.

Sincerely,

Judy Spann

September 7, 2023

The Honorable Royce C. Lamberth
United States District Court Judge
U.S. District Court for the District of Columbia
333 Constitution Ave., NW
Washington, D.C 20001

Dear Judge Lamberth,

My name is Kendall Spann, and I am the younger daughter of Sheron Spann. I am sending this letter because I want to express how my mother is a very admirable, strong, and overall good woman. My mother has always remained kind to the world even when the world isn't so kind. She has committed many selfless acts to promote peace and kindness within her community. Although I am disappointed in the mistake she made, I sincerely believe that she deserves leniency.

As her younger daughter, I have been blessed with a healthy family including my older sister, Nya-Simone Spann, and my father, Thomas Spann. I am a young undergraduate college student who comes from a family of well-respected and sincere individuals. I was born and raised in the city of Washington, DC in a two-parent household. I owe both of my parents the world for ensuring I grew up in a loving and healthy household no matter the state the world was in at any given time. I will never forget all the times my mom has been right by my side nursing me back to health when I am sick and always being ready when I call for help.

If someone were to ask around about Sheron Spann, they would hear how she truly is someone you can trust and lean on. She is always doing her part with a good attitude no matter how she is feeling at the time. I always admire how she will forever be a leader in my life and set examples of how to always make life worth living, especially on days where it doesn't feel right. How quick she can be to pour back into her community is exemplary. My mother is a believer that small things can make big differences. One day my mother, sister and I were in the car and she randomly decided she would complement as many people as she could that day. She put a smile on plenty of people's faces that day and probably gave them a story to tell their loved ones later on.

As I get older, I realize that my parents shielded me from the adult world as a child. My parents kept me away from their pain and stress, so I never knew what it looked like on them until now. Since the day we found out about what was happening, I have witnessed my mother do everything she can to shield me and my sister from the effects of this case and do what is right for our family to claim responsibility involving her actions. Based on our talks I believe my mother is tremendously remorseful and has held on to her faith throughout this time. As a part of the older Generation Z, I always welcome my mom to live in her truth no matter the stage in her life, and to always prioritize mental health, professional therapy, and personal therapy.

My mother made a serious mistake that has affected our lives, but it has not changed the fact that she has always strived to be a good person, has done her part to contribute to our family, her friends, and society in general, and I believe she will continue.  Again Judge Moss, I am sincerely asking for a tremendous amount of leniency for my mother.

Respectfully,

*Kendall Spann*

September 7, 2023

Judge Royce C. Lamberth
United States District Court Judge
U.S. District Court for the District of Columbia
333 Constitution Ave., NW
Washington, D.C 20001
Dear Judge Royce Lamberth,

  My name is Nya-Simone Spann, 22 year-old daughter of Sheron Spann.  Throughout my life, my mom has filled our home with love, kindness, books, music, loads of rom-coms, laughter, fashion, culture, food that's good for the brain and the soul, encouragement, safety, and much much more.

  But first, let me tell you a little bit about myself. I'm a senior at NYU's business school. Specifically, I was accepted into the MLK Jr. Scholars Program, which only selects less than .001% of NYU applicants, consisting only of students dedicated to uplifting MLK's social justice and advocacy principles. A large reason why I was accepted into this program is because I grew up in a household that highly valued giving back in whatever ways we could. I was always inspired when my mom would volunteer at church or help the church provide scholarships for high school students. It's because of these values that I learned from my mom that I grew up doing everything I could to give back: volunteering at my local middle school, partnering with charities that empower single-parent homes, and even becoming a Girl Scout, like my mother.

  Growing up, I was a lot to handle, but not for the reasons you think. I was a straight-A student because I loved to learn and I was heavily involved in extracurricular activities, which meant lots of late-night study sessions, and a packed schedule, which required lots of support from my family. If I was too overwhelmed with school, my mom would cook and clean, even if it was my turn to do the chores. She would stay up late with me when I was finishing my homework or drive me to the Barnes and Nobles that's 7 miles away for books that I needed the next day.

  Every time I called her or popped my head in her bedroom, I would ask "are you busy?" knowing that we were about to have "girl talk" or I would need her advice. And she would always reply "not too busy for you." My mom always supported me, no matter what I needed. Even if she was working long hours or running off of 4 hours of sleep, she always made time for me and my sister.

  There were times when I doubted myself because I thought I couldn't handle a project or assignment. But my mom reminds me constantly that I can excel in any area that I choose and that she'll be in my corner cheering me from the sidelines.

  She didn't just support me academically though. She encouraged me to love myself, my natural hair, and my body. She encouraged me to love my culture, whether that was by watching historically iconic African-American tv shows or listening to old R&B and hip hop artists.  Sometimes she would sit me and my sister down and say "I know you don't know this artist, but back in my day…"

  But perhaps one of the most significant ways that she makes me feel safe and loved is by continuously supporting my mental health journey. During one of my tougher semesters at NYU, I was significantly struggling with a class, to the point where it was affecting other areas of

my life. I came into her room and I bawled out crying. I clung to her shoulder like a little baby, I remember I felt so safe in her arms. She encouraged me to seek therapy, instead of making therapy a taboo topic. I've even been able to become a mental health advocate in college because I wanted others to feel as safe as I felt in her arms.

    She is my hero. She didn't just support my dreams, she showed up, wrench in hand, ready to start building a better future for me, our family, and our community. In reality, even our heroes make mistakes. Trust me, I've seen a trillion superhero tv shows to know that they are not perfect. And yes, I was disappointed, but the truth is that she has learned from her mistake and I know that she has people in her life (including me) who are counting on her to do the right thing now. That's why I know she won't offend again. So please give her a sentence under the minimum guidelines.

    If needed, I'm available to answer any questions about this letter by phone or email.

Respectfully,

*[signature]*

Nya-Simone Spann

September 7, 2023

The Honorable Royce C. Lamberth
United States District Court Judge
U.S. District Court for the District of Columbia
333 Constitution Ave., NW
Washington, D.C 20001

Honorable Judge Royce Lamberth

I am Rosie Baker, the aunt of Sheron Spann who is my brother's daughter. I am writing this letter on her behalf to ask for leniency since she has acknowledged her mistake and has expressed sincere remorse to me.

I, Rosie Baker, am going to speak from the heart; Sheron Spann is one of the kindest people that I have encountered in my personal and public life. I have known her since she was born (Sheron Smith). I have watched her throughout her childhood and throughout her adulthood where she graduated from high school and college, including an undergraduate and graduate degree, and completed the professional courses she has taken. I have witnessed her get married, have a family, raise two daughters who are currently a senior and a junior in college; I have witnessed Sheron becoming a Deaconess in our family church; and I have seen her daughters become Junior Deaconess. I have also seen Sheron work hard in her career while constantly trying to have a work/life balance.

As the court may know, Sheron is from a divorced family with her mother living near her in DC and her father currently living in OH. When Sheron's mother was diagnosed with cancer, she was right there – supporting her mother while still being a wife, having two young children, and working in a demanding position. She is her mother's only child. Her father is entering the early stages of dementia and is showing signs of having Alzheimer's disease, so she has taken responsibility for his finances and supports her brother and sister-in-law as they provide daily care for him. Through all of the competing demands in life, Sheron has never shirked her family obligations and responsibilities.

Kindness and positive thinking for Sheron: I have never seen Sheron in an argument, nor have I seen her speak or act in anger, and although I have seen her hurt, she is always kind and positive which is why she is so loved by our family. As I said earlier, Sheron's parents divorced when she was a young child. Earlier this year, she brought her father to town to give her brother and sister-in-law a break, and she decided to take a chance and ask her mother to host a brunch at her house which included her mother's brother (her eldest uncle), her father, and me, her father's only remaining sister. Despite the potential for extreme awkwardness for both sides of her family, and through Sheron's persistence, kindness, and positivity, and her mother's hospitality, the brunch went very well, and we had a great time…only Sheron could have orchestrated that! Talk about an iconic moment for her – she made sure to capture the personally historic and unlikely occasion with both of her parents in pictures that we will all cherish!

Throughout this entire professional situation and her life, not once has Sheron *not* displayed a positive attitude. I choose love, peace, and joy, and I see Sheron making the same choice. I believe she has accepted the burden of remorse that will likely be with her for the rest of her life but since she is rooted in God, she understands that she is forgiven and realizes that there are consequences that she has to endure.

I stand with and support you Sheron as I always have. While I am disappointed in the mistake you made, I love you and I would still trust you with my life. That is how I feel about my niece Sheron. I wish to thank you, the Honorable Judge Moss, for allowing me to address her character. I hope that this provides a little insight into Sheron Spann (Smith).

Respectfully submitted,

*Rosie Baker*
Rosie Baker

September 7, 2023

The Honorable Royce C. Lamberth
United States District Court Judge
U.S. District Court for the District of Columbia
333 Constitution Ave., NW
Washington, D.C 20001

To Judge Royce Lamberth,

My name is Thomas Spann, and I am the husband of Sheron Spann.  I am writing to the court to provide insight into who Sheron is, and while she has made mistakes, she is proof that a person of high integrity and character who is committed to service can make mistakes.  Humbly, I ask the court to show leniency after considering how Sheron has lived her life and the community of support that she has.

Sheron and I first met in 1987 at Hampton University's Homecoming when mutual friends both invited us to the university for the weekend of celebration.  Subsequently, these same mutual friends worked behind the scenes to orchestrate a first date between me and Sheron.  It was the absolute best thing to happen me.  I have known Sheron for 35 years and we have been married for 27 incredible years.

Sheron is an amazing wife, mother, and daughter.  As a wife, she has been my perfect complement, kind, caring, dedicated, faithful and supportive.  We have raised two talented smart daughters who are now both in college and have made us extremely proud.  Sheron is a living role model to them both providing an example of a loving family woman.  I watched her as a daughter, compassionately support her mother in the years after the passing of her stepfather, and diligently care for father who is currently suffering from dementia.

Sheron is a spiritual woman who has a heart for service.  She has been active in our church as a Deaconess for over 20 years.  As Deacon and Deaconess, she and I would jointly visit, serve communion, and offer prayer to our sick and shut-in church members.  She has been involved in numerous ministries including Christian Education, Women's, Youth, College Prep and Girl Scouts ministries.  Currently, Sheron is leading a pastoral search committee in the critically important process to select a new pastor for our church after nearly 50 years with the previous pastor.  So many at our church hold her in the highest regard; she is viewed as someone of the highest character and integrity, older church members love her, and the younger members look up to her.

She has a gentle, humble, collegial spirit and is quick to render service without reward.  She is the person whom you invite over for a cookout or dinner, and you will find her

talking and laughing with any and everyone, and helping to cook, serve food and clean up.  Her humility is admirable, where for example, for years during the holiday season as a way of paying it forward, she would anonymously pay the lay-away bill for random people at stores such as TJ Maxx or Target and the food for persons in the car behind her in the drive through window at fast-food restaurants.

Sheron made mistakes, and true to her character and integrity she has owned up to her mistakes and I see her painfully show remorse every day while continuing to attempt to serve others, hold her head high and spread joy.  She was raised in a strong Christian household and her lived life is not indicative of her mistakes. I humbly ask the court not to judge her harshly based on the worst moment of her life, but rather consider all the moments of serving God, serving the community, building family, and being a great citizen, by rendering the most lenient sentence possible at the discretion of the court.

As a woman of God her faith serves as her personal compass to navigate through this period of her life.  As a man of God, and her husband I am committed to supporting her in every possible way during the most difficult time she has experienced, and our family has experienced.  However, I will not be alone as she has the full support of our family, great friends, and our church family.

Respectfully,

*Thomas S. Spann III*

Thomas Spann (Husband)